# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Andrew J. Dell,                                       Case No. 3:18CV1069

         Plaintiff

         v.                                               **ORDER**

Commissioner of Social Security,

         Defendant

      This is a Social Security case in which Magistrate Judge Kathleen B. Burke has filed a Report and Recommendation recommending that I affirm the Commissioner's decision denying Andrew Dell's application for benefits. (Doc. 19).

      The Magistrate Judge notified the parties that objections were due within fourteen days after the filing of her R&R, which occurred on March 14, 2019. (*Id.*, PageID 1133).

      Because Dell has not filed any objections, he has forfeited his right to de novo review of the R&R. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). I "need only satisfy [myself] that there is no clear error on the face of the record in order to accept the recommendation." *Bogan v. Morgan*, 2012 WL 3776514, *1 (N.D. Ohio 2012) (Gaughan, J.).

      Having reviewed the Magistrate Judge's persuasive R&R, I am satisfied that it properly disposes of this case.

      It is, therefore,

      ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 19) be, and the same hereby is, adopted as the order of the court; and

2. The Commissioner's decision denying plaintiff's application for benefits be, and the same hereby is, affirmed.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge